IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
*ex rel.* TODD SCHMADL, and STATE OF
WISCONSIN *ex rel.* TODD SCHMADL,

    Plaintiffs,

v.                                                                    Case No. 13-cv-502-bbc

SELECT MEDICAL HOLDINGS                       **FILED UNDER SEAL**
CORPORATION, and SELECT
SPECIALTY HOSPITAL-MADISON, INC.,

    Defendants.

---

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), and the United States having further advised the Court that the State of Wisconsin has also declined to intervene in this action pursuant to the state False Claims Act statute, the Court rules as follows:

IT IS ORDERED that,

1. the complaint be unsealed and served upon the Defendants by the Relator;

2. all other contents of the Court's file in this action filed *ex parte* and under seal remain *ex parte* and under seal, and shall not be made public or served upon the Defendants, except for this Order and the United States' and State of Wisconsin's Notice of Election to Decline Intervention, which the Relator shall serve upon the Defendants only after service of the Complaint;

3. the seal be lifted as to all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), as well as the State of Wisconsin pursuant to the state False Claims Act statute;

5. the United States and the State of Wisconsin may order any deposition transcripts and are entitled to intervene in this action, for good cause, at any time;

6. the parties shall serve all notices of appeal upon the United States and the State of Wisconsin;

7. all orders of this Court shall be sent to the United States and the State of Wisconsin; and

8. should the Relator or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval pursuant to the federal False Claims Act, and the written consent of the State of Wisconsin before ruling or granting its approval pursuant to the state False Claims Act statute.

Entered this 22nd day of July, 2014.

BY THE COURT:

JAMES D. PETERSON

~~BARBARA B. CRABB~~
United States District Judge