UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA** *ex rel.* **TODD SCHMADL**

**STATE OF WISCONSIN** *ex rel.* **TODD SCHMADL**

      Plaintiff/Relator,  Civil Action No. 13-cv-502

      v.

**SELECT MEDICAL HOLDINGS CORPORATION,**

**And**

**SELECT SPECIALTY HOSPITAL-MADISON, INC.**

    Defendants.

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff/Relator Todd Schmadl, by his counsel, hereby gives notice that the above-captioned action is voluntarily dismissed against the Defendants Select Medical Holdings Corporation and Select Specialty Hospital-Madison, Inc. These Defendants have not answered or otherwise responded to the Complaint.

The government did not intervene in this case and has indicated to Schmadl's counsel that it has no objection to this dismissal.

Dated: September 9, 2014        **CROSS LAW FIRM, S.C.**
                                            Attorneys for Todd Schmadl

                                            By: <u>Mary C. Flanner</u>
                                            Nola J. Hitchcock Cross (WI # 1015817)
                                            Mary C. Flanner (#1013095)
                                            845 North 11th Street
                                            Milwaukee, WI  43233
                                            Telephone:  (414) 224-0000
                                            Facsimile:  (414) 273-7055
                                            njhcross@crosslawfirm.com
                                            mflanner@crosslawfirm.com